WILLIAM SCHMIDT, Appellant, *v.* JOSEPHINE HERTZ et al., Respondents, Impleaded with Another.

*Schmidt* v. *Hertz*, 165 App. Div. 905, appeal dismissed.
(Submitted May 9, 1917; decided May 25, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 18, 1914, affirming a judgment in favor of defendants, respondents, entered upon a decision of the court at a Trial Term without a jury in an action to foreclose a mechanic's lien. The respondents contended that the appeal was improperly taken from an order of the Appellate Division instead of from a judgment entered thereon.

*J. Wilson Bryant* and *Robert S. Mullen* for appellant.

*S. N. Tuckman* and *Meyer Boskey* for respondents.

Appeal dismissed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and McLAUGHLIN, JJ.